Case 3:19-cv-00135   Document 9   Filed on 06/10/19 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
June 10, 2019
David J. Bradley, Clerk

UNITE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH W. PICKENS AND RUTH M. PICKENS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:19-cv-00135 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION AND CENTRAL LOAN ADMINSTRATION & REPORTING AKA CENLAR, | § § § § § § | JURY |
| Defendants. | § § | |

### AGREED JUDGMENT BETWEEN PLAINTIFFS AND DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION

Before the Court is the Motion for Entry of Agreed Judgment (the "Motion") filed by Plaintiffs Joseph W. Pickens and Ruth M. Pickens ("Plaintiffs") and Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") based on the agreement reached among them (the "Motion"). Having considered the Motion and pleadings, the Court finds the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Texas Home Equity Security Instrument (First Lien) (the "Deed of Trust") on that certain parcel of real property located at 3104 Creek Bank Lane, Pearland, TX 77581 (the "Property"), which was recorded as instrument no. 2015002260 in the Official Public Records of Brazoria County, Texas is valid and enforceable and there was no violation of the Texas Constitution in connection with the origination of the loan secured by such Deed of Trust. The legal description for the Property is as follows:

Being Lot 32, Block 1, Final Plat of Creekside Section One, a subdivision in Brazoria County, Texas, according to the map or plat thereof recorded in Volume 23, pages 171-172 of the Plat Records of Brazoria County, Texas.

**IT IS FURTHER ORDERED, ADJUDGED**, and **DECREED** that Plaintiffs shall take nothing by way of the claims they asserted against Freddie Mac and all such claims are dismissed with prejudice.

All costs, as between Plaintiffs and Freddie Mac are to be borne by the party incurring same.

Pursuant to Rule 54(b) this Court determines that there is a no just reason to delay entry of a final judgment as between Plaintiffs and Freddie Mac and accordingly, this is a final judgment pertaining to all claims asserted between Plaintiffs and Freddie Mac.

SIGNED this 10th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____/s/ Joshua D. Gordon w/ permission_____
ROBERT "CHIP" LANE
Texas Bar No. 2404626
chip.lane@lanelaw.com
JOSHUA D. GORDON
Texas Bar No. 24091592
joshua.gordon@lanelaw.com
**THE LANE LAW FIRM, P.L.L.C.**
6200 Savoy Drive, Suite 1150
Houston, Texas 77036-3300
(713) 595-8200 (Telephone)
(713) 595-8201 (Facsimile)

**ATTORNEY FOR PLAINTIFFS
JOSEPH W. PICKENS AND
RUTH M. PICKENS**

*/s/ Marcie L. Schout*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT FEDERAL
HOME LOAN MORTGAGE CORPORATION**